**UNITED STATES of America,**

v.

**Jessie M. SNYDER; Butler County, Tax Claim Bureau Jessie Snyder, Appellant.**

**No. 08–1643.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Feb. 2, 2009.

Opinion filed: Feb. 3, 2009.

Steven W. Parks, Esq., United States Department of Justice, Washington, DC, for United States of America.

Jessie M. Snyder, Eau Claire, PA, pro se.

Before: SLOVITER, AMBRO and STAPLETON, Circuit Judges.

OPINION

PER CURIAM.

Jessie Snyder appeals the District Court's order denying her motion for reconsideration of the District Court's February 5, 2008, order. We will affirm.

The procedural history of this case and the details of Snyder's claims are well known to the parties and need not be discussed at length. Briefly, the government filed a complaint to foreclose on a lien against Snyder's property in order to fulfill a judgment against her for unpaid taxes. The District Court entered an order of sale and later amended the order to require any occupants to vacate or be evicted. Snyder filed a motion for reconsideration of the amended order. After the District Court denied the motion, she filed a timely notice of appeal. We have jurisdiction under 28 U.S.C. § 1291.

Snyder argues on appeal that she discharged her tax debt before the complaint was filed by tendering a "public office money certificate," which the District Court noted correctly was her personal note. For the reasons given by the District Court as to this and Snyder's other arguments, we conclude they are without merit. Accordingly, we will affirm the District Court's order.